# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MITSUMI ELECTRIC COMPANY, LIMITED, § § § *Plaintiff*, § § § v. § § WISTRON CORPORATION, WISTRON § LLC, AOPEN INC., and AOPEN § AMERICA INC., § § *Defendants*. | No. 6:06-CV-168-LED<br><br>PATENT CASE |

## ORDER

The Court, having considered Plaintiff Mitsumi Electric Company, Limited's and Defendants Wistron Corporation, Wistron LLC, Aopen Inc., and Aopen America Inc.'s Joint Motion To Dismiss with Prejudice, is of the opinion that the motion should be GRANTED.

Accordingly and in conformance with the Parties settlement of this action by written agreement, the Parties' claims and counterclaims are hereby dismissed with prejudice.

SO ORDERED.

**So ORDERED and SIGNED this 27th day of February, 2007.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**